ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 25 2024

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>YASIN SALEEM | Criminal Indictment<br>No. 1:24CR-0208 |

UNDER SEAL

THE GRAND JURY CHARGES THAT:

**Count One**
**Conspiracy to Commit Wire Fraud**

1. Beginning on a date unknown, but at least as early as in or about May 2017 and continuing to in or about June 2021, in the Northern District of Georgia and elsewhere, the defendant, YASIN SALEEM, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with others unknown to the Grand Jury to devise and intend to devise a scheme and artifice to defraud Home Depot, and for obtaining money and property from Home Depot by means of materially false and fraudulent pretenses, representations, and promises, and by the omission of material facts, and for the purpose of executing the scheme, with the intent to defraud, to cause the transmission of interstate wire communications, in violation of Title 18, United States Code, Section 1343.

## Background

2. The Home Depot, Inc., is a multinational home improvement retailer with multiple retail outlets in the Northern District of Georgia, with a headquarters in Cobb County, Georgia.

3. Home Depot rents a variety of equipment and tools to its customers. In order to rent equipment and tools, a customer provides a driver's license and some form of payment, frequently a credit card or a debit card. A customer pays the rental fee and a deposit.

4. In order to safeguard its equipment, Home Depot attaches GPS devices to some of its more valuable rentals.

5. Home Depot also tracks the license plate of the vehicles used by its customers to transport the rental equipment and tools.

## Object of the Conspiracy

6. Defendant SALEEM and others defrauded Home Depot by causing it to rent them equipment and tools that they had no intention of returning using fraudulent debit cards that had insufficient funds to secure the equipment.

## Manner and Means of the Conspiracy

7. Defendant SALEEM and his co-conspirators presented fictitious driver's licenses to Home Depot in connection with the rentals to conceal their true identities.

8. Defendant SALEEM and his co-conspirators used debit cards with account holder names matching the fictitious licenses to rent the equipment and tools. These debit cards were frequently established just prior to their use in the fraud scheme and carried the minimal amount of funds sufficient to commit the fraud.

9. When Defendant SALEEM and his co-conspirators failed to return the rented equipment and tools, the fraudulent debit cards did not have sufficient funds to replace the stolen equipment and tools.

10. Defendant SALEEM and his co-conspirators disabled the GPS devices attached to the rental equipment.

11. Defendant SALEEM and his co-conspirators used vehicles where the license plate on the vehicle was not associated with the actual vehicle. Some of the license plates appear to have been stolen.

12. In total, Defendant SALEEM and his co-conspirators stole over $800,000 worth of equipment from Home Depot.

All in violation of Title 18, United States Code, Section 1349.

**Counts 2 Through 15**
**Wire Fraud**

13. The Grand Jury realleges and incorporates by reference the factual allegations in paragraphs 2 through 12 of this Indictment as if the same were fully set forth herein.

14. On or about each of the dates set forth below, in the Northern District of Georgia and elsewhere, the defendant, YASIN SALEEM, aided and abetted by

others unknown to the Grand Jury, having devised and intending to devise a scheme and artifice to defraud Home Depot, and for obtaining money and property from Home Depot by means of materially false and fraudulent pretenses, representations, and promises, and by the omission of material facts, transmitted and caused to be transmitted by means of wire communication in interstate commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, by conducting credit and debit card transactions at Home Depot on the cards identified below to rent the equipment identified below, causing interstate wire transmissions:

| Count | Date | Equipment Description | Card Transaction |
|---|---|---|---|
| 2 | 7/19/2019 | Kubota KX-71-3S4R1 Mini Excavator and 6x14 Tandem Axle Trailer | Wells Fargo Visa card ending in 5569 in the name of S.G. in the amount of $500 |
| 3 | 7/24/2019 | Kubota KX-71-3S4R1 Mini Excavator, Wacker Neuson Jumping Jack, and 6x14 Tandem Axle Trailer | Wells Fargo Visa card ending in 5569 in the name of S.G. in the amount of $650 |
| 4 | 9/14/2019 | Toro Dingo W/Power Head Attachment W/9-Inch & 12-Inch Auger Bits | SunTrust Mastercard ending in 7849 in the name of R.M. in the amount of $300 |
| 5 | 9/14/2019 | Barreto Ride-On Trencher and Combo Trailer | SunTrust Mastercard ending in 7849 in the name of R.M. in the amount of $300 |
| 6 | 9/16/2019 | Kubota Mini Excavator and 6x14 Tandem Axle Trailer | SunTrust Mastercard ending in 7849 in the name of R.M. in the amount of $500 |

| Count | Date | Equipment Description | Card Transaction |
|---|---|---|---|
| 7 | 9/17/2019 | Kubota Mini Excavator and 6x14 Trailer | SunTrust Mastercard ending in 7849 in the name of R.M. in the amount of $500 |
| 8 | 9/20/2019 | Tauralift Rough Terrain Telehandler and 6x14 Trailer | SunTrust Mastercard ending in 7849 in the name of R.M. in the amount of $500 |
| 9 | 9/21/2019 | Genie Zboom T500j Echo Power Pruner | SunTrust Mastercard ending in 7849 in the name of R.M. in the amount of $550 |
| 10 | 10/10/2019 | Kubota Mini Excavator | SunTrust Mastercard ending in 7849 in the name of R.M. in the amount of $500 |
| 11 | 2/25/2020 | 5X10 Tandem Trailer and GEHL R105 Skid Loader | BB&T Visa card ending in 2367 in the name of S.G. in the amount of $300 |
| 12 | 2/26/2020 | Kubota KX71 Mini-Excavator and 6x14 Tandem Trailer | BB&T Visa card ending in 2367 in the name of S.G. in the amount of $500 |
| 13 | 12/9/2020 | Drain Camera Auto-feed drain cleaner 100′ x 5/8 | Chase Visa card ending in 7784 in the name of S.G. in the amount of $600 |
| 14 | 5/28/2021 | Toro 74955 Z-Mower | BB&T Visa card ending in 2367 in the name of S.G. in the amount of $300 |
| 15 | 6/2/2021 | 2.5 - 3 Ton Mini Excavator, PRO Breaker, and 6x14 Trailer | Chase Visa card ending in 7784 in the name of S.G. in the amount of $850 |

All in violation of Title 18, United States Code, Section 1343 and Section 2.

## Forfeiture

15. Upon conviction of one or more of the offenses alleged in Counts One through Fifteen of this Indictment, the defendant, YASIN SALEEM, shall forfeit

to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 18, United States Code, Section 2461(c), any property, real or personal, constituting, or derived from, proceeds traceable to the offense, including, but not limited to, the following:

a. MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Counts One through Fifteen of this Indictment.

16. If, as a result of any act or omission of the defendant, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty;

the United States of America intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to

seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A true BILL

FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

CHRISTOPHER J. HUBER
*Assistant United States Attorney*
Georgia Bar No. 545627

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181